STATE OF NEW JERSEY v. DOMINICK ANGELO.

Decided October 7, 1925.

Crimes — Concealed Weapons — Act Constitutional — Right to Carry Arms Not Restricted, It Is Simply Regulated Under Police Power in Interest of Public Welfare.

On error to the Essex Quarter Sessions.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the plaintiff in error, *Arthur B. Seymour.*

For the state, *John O. Bigelow,* prosecutor of the pleas.

PER CURIAM.

The defendant was indicted for the crime of unlawfully carrying a revolver concealed about his person, and pleaded guilty to the charge. When sentence was about to be pronounced his counsel moved an arrest of judgment on the ground that the statute which makes the act criminal was a violation of the constitutional rights of the individual to bear arms. The motion was refused, sentence was pronounced and the present writ was thereupon sued out.

Supreme Court—Kahn v, Liverpool and London and Globe Ins. Co.

The right of a citizen to bear arms is not unrestricted. The state government, in the exercise of its police power, may provide such conditions precedent to the right to carry concealed weapons as the safety and welfare of the people of the state in its judgment require. The statute upon which the indictment was based is a valid exercise of the police power.

The refusal of the motion to arrest judgment, being the only ground upon which the validity of the sentence is attacked, we conclude that there should be an affirmance.